In the Matter of TOM SMITH, Appellant, against ASHLEY T. COLE et al., as Members of the Racing Commission of the State of New York et al., Respondents.

Submitted June 10, 1946; decided July 23, 1946.

*Martin A. Schenck, Harold C. McCollom* and *Kenneth W. Greenawalt* for respondent Jockey Club, and *Nathaniel L. Goldstein, Attorney-General* (*Samuel A. Hirshowitz, Wendell P. Brown* and *John P. Powers* of counsel), for respondent Joint Board, for motions to dismiss appeal and opposition to petitioner's motion for leave to appeal.

*Mathias F. Correa* and *John T. Cahill* for motion for leave to appeal and in opposition to motions to dismiss appeal.

Motions to dismiss appeal taken as of right granted and appeal dismissed, with costs and $10 costs of motion.

Motion for leave to appeal granted.